

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00587-CV

**IN THE INTEREST OF B.T.K.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00374
Honorable Peter Sakai, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, Father's motion to dismiss his appeal is GRANTED and his appeal is DISMISSED. The trial court's Order of Termination Nunc Pro Tunc is AFFIRMED. It is ORDERED that no costs be assessed against appellants in relation to this appeal because appellants qualify as indigent under TEX. R. APP. P. 20.

SIGNED February 26, 2020.

_____
Irene Rios, Justice